# Court of Appeals
# of the State of Georgia

ATLANTA,  October 07, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0375.  CAMACHO et al. v. US BANK, N. A.**

This civil appeal was docketed on September 11, 2019, such that appellants' brief was due on October 1, 2019. Court of Appeals Rule 23 (a) (an initial brief "shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). As of October 7, 2019, appellants have neither filed a brief nor asked for an extension of time to do so. We therefore DISMISS this appeal. Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*